UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

ELMER CURRY,

        Plaintiff,        Case No. 1:22-cv-231

v.                        Honorable Phillip J. Green

J. VANWYCK, et al.,

        Defendants.
_____/

## **JUDGMENT**

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Date: August 16, 2022                  /s/ Phillip J. Green
                                                PHILLIP J. GREEN
                                                United States Magistrate Judge